In the Matter of the Claim of FLOYD BENNETT, Respondent, against MOENCH TANNING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and insurance carrier from award for disability caused by an occupational disease. The only question raised was that the evidence did not sustain the finding that the disability was due to occupational disease. In his employment claimant handled formaldehyde and the attending physician testified that claimant's exposure to the inhalation of formaldehyde fumes caused his disabled condition. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of VERONICA KUSHMA, Respondent, against DU PONT RAYON COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Evidence sustains finding that deceased employee, while working, received his fatal wound through falling and striking his neck upon a sheet of tin thirty-six inches long, thirteen inches wide and three-thirty-seconds of an inch thick. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of LAURA A. STILSON, Respondent, against SCOTT E. LITTLEWOOD, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed as a cook in the hotel of the employer. During the middle of the afternoon, and while engaged in her duties, a fire broke out in the hotel; she knew that there were guests sleeping in rooms on the upper floors of the hotel, and rushed upstairs to warn the guests. While thus engaged she was trapped by the flames and jumped from a window. She received serious burns for which the award has been made. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARY LIPARY, Respondent, against ROCHESTER MONROE COUNTY EMERGENCY WORK BUREAU and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decedent, a truck owner, drove his own truck on the work of the Rochester Monroe County Emergency Work Bureau. He was paid by the hour for such service. He had no particular job to do and could be discharged at will. He was directed by the employer's foreman as to the place and manner and method of loading and unloading. The employer and insurance carrier contend that the decedent was an independent contractor and not an employee. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of ANNA SAWRAN, Appellant, against THE LEHIGH VALLEY RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent. — Deceased employee fell from a locomotive which he was preparing for a run from Auburn, N. Y., to Fair Haven, N. Y. The train had been made up at Sayre, Penn., had run to Auburn, N. Y., where it was planned that the engines would be changed. Interstate items of express or freight were carried from Auburn to Fair Haven, having been brought from Sayre, Penn. The injuries sustained were fatal. Award for death benefits was denied. Decision unanimously affirmed. (*Matter of Libertucci* v. *New York Central R. R. Co.*, 252 N. Y. 182.) Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.